**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| ROBERT E. NEWSOME and GWENDOLYN NEWSOME, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. CV417-081 |
| THOR MOTOR COACH, | ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ⁿᵈ day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA